IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ARTHUR J. JONES, JR.                                                                           PLAINTIFF

VERSUS                                                    CIVIL ACTION NO. 2:18cv84-TBM-MTP

CITY OF HATTIESBURG,
Detective Sergeant NEAL ROCKHOLD, Individually
and as the agent of the Defendant, City of Hattiesburg                        DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

By agreement of the parties hereto, as evidenced by the signatures of their respective counsel below, this case, all parties and all associated claims are hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED this the 28th day of September, 2021.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE

SO STIPULATED AND AGREED:

/s/ Tim Holleman
Tim C. Holleman, Esq. MSB No. 2526
*Attorney for Plaintiff*

/s/ Lane Dossett
R. Lane Dossett, Esq. MSB No. 102927
*Attorney for Defendants*